UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
200 WATER PROPERTY OWNER, LLC, et al., :
                                                             Plaintiffs, :
:
                   -against- :
:
LIBERTY MUTUAL FIRE INSURANCE :
COMPANY, :
                                                             Defendant. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

19 Civ. 8246 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 31, 2019, Plaintiffs were ordered to file a letter by November 8, 2019, providing the information necessary to determine the domicile of each Plaintiff LLC, including the identity and domicile of the members of each Plaintiff LLC (Dkt. No. 10);

      WHEREAS, on November 8, 2019, Plaintiffs filed a letter requesting that Plaintiffs 177 Front Street, LLC, 177 Front Member, LLC and DUMBO Assemblage, LLC be permitted to withdraw and thus be dismissed from this action, but failing to provide information sufficient to determine the domicile of the remaining Plaintiff, 200 Water Property Owner, LLC (Dkt. No. 16);

      WHEREAS, on November 12, 2019, Plaintiffs were ordered to file a letter by November 18, 2019, providing the information necessary to determine the domicile of 200 Water Property Owner, LLC, including the identity and domicile of the member(s) of 177 Front Street, LLC, and if its members are limited liability entities, the identity and domicile of its members, etc. until a person or entity that is not an LLC or LLP is identified (Dkt. No. 17);

      WHEREAS, on November 14, 2019, Plaintiffs filed a letter providing additional information regarding the members of the sole member of the remaining Plaintiff, 200 Water

Property Owner, LLC, but failing to provide information sufficient to determine its domicile (Dkt. No. 18);

WHEREAS, on November 18, 2019, the Court issued an order directing Plaintiffs to file additional information regarding domicile, and stating that, should Plaintiffs continue to fail to provide information sufficient to confirm subject matter jurisdiction, this case will be remanded (Dkt. No. 19); it is hereby

**ORDERED**, that this Court's Order at Dkt. No. 19 is stricken. It is further

**ORDERED**, that Plaintiffs shall file a letter, by **November 25, 2019**, providing the following information: (1) the state of incorporation of the Carlyle Group; and (2) the information necessary to determine the domicile of Magalith Urban Dumbo, LP, including the identity and domicile of the members of the identified partners, both general and limited. *See Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990). Where those members are limited liability entities, Plaintiffs shall provide the identity and domicile of their member(s). If those members are also limited liability entities, Plaintiffs shall provide the identity and domicile of their members, etc., until a person or entity that is not an LLC or LLP is identified.

Dated: November 19, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE